UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In re: CYNTHIA POSEY　　　　　　　　　　　Case No. 20-11704
　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　Debtor.　　　　　　　　　　　　　Judge Grant

### POST-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN

The Chapter 13 Plan presently in place and confirmed will change as follows:

1.) Debtor's Plan is hereby modified to pay all allowed unsecured claims in full, with the exception of student loans, which shall be paid directly by the debtor in the contractual amount.

2.) Debtor's monthly payment will be $1400/month beginning with the March 2021 payment until the end of the Plan.

3.) All other terms of the Plan shall remain the same.

Dated this 15th day of March 2021.　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Holly M. Ripke
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor