## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

In re: CYNTHIA POSEY

Debtor.

Case No. 20-11704
Chapter 13
Judge Grant

### MOTION TO APPROVE POST CONFIRMATION MODIFICATION TO CONFIRMED CHAPTER 13 PLAN

Comes now the Debtor, by counsel, and move the Court for an order modifying the Chapter 13 Plan, post confirmation. In support of this motion, Debtors state as follows:

1.) Debtor filed a Voluntary Petition on November 20, 2020. Debtor has a Confirmed Plan in this case.

2.) Debtor will pay all allowed unsecured claims in full, with the exception of student loans which shall be paid directly by the debtor in the contractual amount.

3.) Debtor's monthly payment will be $1400/month beginning with the March 2021 payment until the end of the Plan.

4.) Debtor therefore moves the Court to approve the Modification filed in this case and enter the same as the Order of this Court.

WHEREFORE, Debtor prays that the Court will APPROVE the modification filed in this case after Notice, will modify the terms of the Plan as shown herein, and for all other relief deemed proper in the premises.

Dated this 15th day of March 2021.

Respectfully submitted,

/s/ Holly M. Ripke
Holly M. Ripke
Attorney for Debtor