# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

In re:  CYNTHIA POSEY

Debtor.

Case No. 20-11704
Chapter 13
Judge Grant

## ORDER MODIFYING CONFIRMED PLAN

On March 15, 2021, Debtor by Counsel, filed a Motion to Modify Confirmed Plan to pay all unsecured claims in full with the exception of student loans. The monthly Plan payment will be $1400/month starting with the March 2021 payment until the end of the Plan. All other terms of the Plan shall remain the same.

Notice thereof having been given and no objections filed, the Debtor's Motion for Post-Confirmation Modification is hereby GRANTED.

Dated: April 20, 2021.

*/s/ Robert E. Grant*
Hon. Robert E. Grant, Chief Judge
United States Bankruptcy Court