UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.   20-11704 |
|  | ) | CHAPTER   13 |
| CYNTHIA ANN POSEY | ) | REG/tk |
|  | ) |  |
| Debtor(s) | | |

**ORDER TO SERVE NOTICE**

Dated on January 18, 2023

A hearing with regard to the issues raised by Trustee's motion to dismiss case was held at Fort Wayne, Indiana, on January 17, 2023, with Holly Ripke, counsel for debtor, and Katherine Iskin, counsel for trustee, present.

The court was advised that the matter is settled. The court will consider approving the parties' agreed order, filed on January 16, 2023, following twenty-one (21) days notice to creditors in accordance with N.D. Ind. L.B.R. B-2002-2(e).

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court