UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:
CYNTHIA ANN POSEY　　　　　　　　　　　　　CASE NUMBER: 20-11704
　Debtor　　　　　　　　　　　　　　　　　　　CHAPTER 13

AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS, DOCKET #58

COME NOW, Trustee, Debra L. Miller, by counsel, and Debtor, by Counsel, and state as follows:

1. On December 9, 2022, Trustee filed a Motion to Dismiss for delinquency.
2. A hearing on Trustee's Motion to Dismiss was held on January 17, 2023, and parties advised the Court that the matter was resolved.
3. Trustee and Debtor have now reached the following agreement:
    a. Debtor shall pay $33,600.00 in total through the January 2023 plan payment;
    b. Debtor shall continue to pay unsecured claims in full;
    c. Debtor shall make a complete plan payment every 30 days;
    d. Debtor shall turn over $550.00 from her 2022 tax refunds no later than March 1, 2023.
4. Should the Debtor fail to comply with this Agreed Order, the Trustee may file an Affidavit of Default and this case may be dismissed without further notice or hearing.
5. All other terms of the Plan remain the same.

Dated: January 16, 2023

/s/Katherine E. Iskin　　　　　　　　　　　　　/s/Holly Ripke
Katherine E. Iskin (33679-71),　　　　　　　　Attorney for Debtor
Staff Attorney for Debra L. Miller　　　　　　4705 Illinois Rd. #101
PO Box 11550　　　　　　　　　　　　　　　　Fort Wayne, IN 46804
South Bend, IN 46634　　　　　　　　　　　　(260) 434-1990
(574) 254-1313

SO ORDERED, this  March 2, 2023

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert E. Grant*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Robert Grant, Judge
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court